MN-305

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Brian Darovic and Rita Darovic

Chapter 7 Case No. 09-60636

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Stearns Electric<br>900 E. Kraft Drive<br>Melrose, MN 56352 | 4 | 253.95 | 1.78 |
| U.S. Bank<br>PO Box 5229<br>Cincinnati, OH 45201 | 11 | 687.05 | 4.81 |
| Total | | | 6.59 |

Date: August 16, 2010

_____
Trustee



RECEIVED 10 AUG 18 AM 11:11 U.S. BANKRUPTCY COURT ST. PAUL, MN